# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0512. IN THE INTEREST OF T. H., A CHILD (FATHER).**

On April 12, 2017, the juvenile court entered an order terminating the father's parental rights. The trial court subsequently entered an order granting the father a 30-day extension of time in which to appeal. The father filed this discretionary application on June 13, 2017. We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Although the trial court purported to grant the father an extension of time to file an application, it lacked authority to do so.  See *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011) ("Because a discretionary application must be filed only in an appellate court, see OCGA § 5-6-35 (d), a *trial* court may not grant an extension of the time to file the application pursuant to OCGA § 5-6-39.").  Instead, an applicant must request an extension from this Court, within the original 30-day filing period. See id.; Court of Appeals Rule 16 (c).

Because the father did not make a timely request for an extension before this Court, we have no basis for excusing his failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d).  Accordingly, this application – filed 62 days after

the order terminating the father's parental rights – is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta, 07/11/2017*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*